

Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on December 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Mickey W. Dolinger, | Case No. 13-37580-KCF |
| | Hearing Date: November 9, 2016 at 9:00 AM |
| Debtor. | Judge: Kathryn C. Ferguson |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: December 20, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Mickey W. Dolinger |
| Case No.: | 13-37580-KCF |
| Caption of Order: | CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS |

THIS MATTER having been opened to the Court upon the motion of Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-20 ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(c) with respect to the property known 3 E Caines Dr, Cream Ridge, New Jersey 08514, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent four (4) post-petition payments due August 2015 through November 2015 each payment in the amount of $2,375.97, three (3) post-petition payments due December 2015 through February 2016 each payment in the amount of $2,553.73, and nine (9) post-petition payments due March 2016 through November 2016 each payment in the amount of $2,780.02, less suspense of $2,202.20, for a total delinquency of $39,983.05.

2. Debtor to pay arrears in the amount of $39,983.05 over nine (9) months beginning December 2016 by making eight (8) equal monthly payments of $4,442.56 and one (1) monthly payment of $4,442.57 in addition to Debtor's regular monthly payments.

3. Payments to resume timely and in full with the December 2016 payment.

4. Both parties agree to reserve any claims, counterclaims, defenses, off-sets, and other issues. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 3 E Caines Dr, Cream Ridge, New Jersey 08514.

| | |
|---|---|
| Debtor: | Mickey W. Dolinger |
| Case No.: | 13-37580-KCF |
| Caption of Order: | CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS |

5. Debtor to pay attorney fees and costs for the motion for relief in the amount of $526.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

| | |
|---|---|
| **Buckley Madole, P.C.** | **Law Office of Joseph Albanese** |
| Attorney for the Secured Creditor | Attorney for the Debtor |
| | |
| By: *s/ Francesca A. Arcure* | By: */s/ Joseph Albanese* |
|     Francesca A. Arcure |     Joseph Albanese |
| | |
| Date: December 19, 2016 | Date: December 12, 2016 |