Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on December 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Mickey W. Dolinger, | Case No. 13-37580-KCF |
| | Hearing Date: November 9, 2016 at 9:00 AM |
| Debtor. | Judge: Kathryn C. Ferguson |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: December 20, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Mickey W. Dolinger |
| Case No.: | 13-37580-KCF |
| Caption of Order: | CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS |

THIS MATTER having been opened to the Court upon the motion of Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-20 ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(c) with respect to the property known 3 E Caines Dr, Cream Ridge, New Jersey 08514, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent four (4) post-petition payments due August 2015 through November 2015 each payment in the amount of $2,375.97, three (3) post-petition payments due December 2015 through February 2016 each payment in the amount of $2,553.73, and nine (9) post-petition payments due March 2016 through November 2016 each payment in the amount of $2,780.02, less suspense of $2,202.20, for a total delinquency of $39,983.05.

2. Debtor to pay arrears in the amount of $39,983.05 over nine (9) months beginning December 2016 by making eight (8) equal monthly payments of $4,442.56 and one (1) monthly payment of $4,442.57 in addition to Debtor's regular monthly payments.

3. Payments to resume timely and in full with the December 2016 payment.

4. Both parties agree to reserve any claims, counterclaims, defenses, off-sets, and other issues. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 3 E Caines Dr, Cream Ridge, New Jersey 08514.

| | |
|---|---|
| Debtor: | Mickey W. Dolinger |
| Case No.: | 13-37580-KCF |
| Caption of Order: | CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS |

5. Debtor to pay attorney fees and costs for the motion for relief in the amount of $526.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

| | |
|---|---|
| **Buckley Madole, P.C.** | **Law Office of Joseph Albanese** |
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: *s/ Francesca A. Arcure* | By: */s/ Joseph Albanese* |
|     Francesca A. Arcure |     Joseph Albanese |
| Date: December 19, 2016 | Date: December 12, 2016 |

United States Bankruptcy Court
District of New Jersey

In re:  
Mickey W. Dolinger  
    Debtor

Case No. 13-37580-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2016  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2016.
db         +Mickey W. Dolinger,    3 East Caines Drive,    Cream Ridge, NJ 08514-2329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2016 at the address(es) listed below:

        Albert    Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork, asTrustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-20 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj_ecf_notices@buckleymadole.com  
        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES nj_ecf_notices@buckleymadole.com  
        John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
        Joseph Albanese    on behalf of Debtor Mickey W. Dolinger jabanklaw1@aol.com, alicia@lawalbanese.com  
        Joseph    Albanese    on behalf of Attorney Joseph   Albanese jabanklaw1@aol.com, alicia@lawalbanese.com  
        Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork, asTrustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-20 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                            TOTAL: 8