UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on July 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mickey W. Dolinger

Case No.:  13-37580

Chapter:  13

Judge:  Michael B. Kaplan

# ORDER REGARDING REQUEST FOR EXEMPTION FROM:

☐  CREDIT COUNSELING REQUIRED UNDER 11 U.S.C. § 109(h)(1)

☒  PARTICIPATION IN FINANCIAL MANAGEMENT COURSE REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1)

☒  REQUIREMENT TO FILE CERTIFICATION IN SUPPORT OF DISCHARGE REQUIRED UNDER U.S.C. § 1328(a)

The relief set forth on the following pages, numbered two (2) and three (3) is **ORDERED**.

**DATED: July 10, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented by the debtor pursuant to 11 U.S.C. § 109(h)(4), and for good cause shown, it is

ORDERED that:

__X__ The debtor's request is GRANTED; the debtor is hereby exempt from:

    ☐ obtaining budget and credit counseling required under 11 U.S.C. § 109(h)(1) and filing a Certificate of Credit Counseling,

    ☒ participating in a Financial Management Course as required under 11 U.S.C. § 727(a)(11), or 1328(g)1(1) and filing a Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),

    ☒ filing a Certification in Support of Discharge concerning Domestic Support Obligation as required by 11 U.S.C. § 1328(a).

_____ The debtor's request for an exemption is DENIED, and

    ☐ the debtor must obtain budget and credit counseling from a United States Trustee approved credit counseling agency and file a *Certificate of Credit Counseling* on or before fourteen (14) days from the date the debtor's petition was filed or the case will be dismissed without further notice,

    ☐ the debtor must participate in a Financial Management Course conducted by a United States Trustee approved agency, and file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),*

    ☐ the debtor must file a *Certification in Support of Discharge* concerning domestic support obligations as required under 11 U.S.C. § 1328(a).

The documents highlighted above must be filed

    ☐ on or before the last day to object to discharge has expired,

                           or

    ☐ on or before the last payment is made to the Standing Trustee on the Debtor's plan.

Failure to do so will result in the debtor's case being closed without the debtor having received a discharge.

_____ A hearing on this matter has been scheduled at the following date and time.

    Hearing Date/Time:     _____

    Hearing Location:     _____

        _____

        _____

    Courtroom:     _____

*rev.5/23/16*

United States Bankruptcy Court
District of New Jersey

In re:
Mickey W. Dolinger
    Debtor

Case No. 13-37580-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 10, 2019
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
db         +Mickey W. Dolinger,   3 East Caines Drive,   Cream Ridge, NJ 08514-2329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:
       Albert    Russo     docs@russotrustee.com
       Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
       Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork, asTrustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-20 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
       Francesca Ann Arcure     on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
       Francesca Ann Arcure     on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
       John R. Morton, Jr.     on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
       Joseph   Albanese     on behalf of Debtor Mickey W. Dolinger jabanklaw1@aol.com, alicia@lawalbanese.com
       Joseph   Albanese     on behalf of Attorney Joseph   Albanese jabanklaw1@aol.com, alicia@lawalbanese.com
       Joshua I. Goldman     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork, asTrustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-20 jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
                                                                                            TOTAL: 9