**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mickey W. Dolinger | Social Security number or ITIN    xxx–xx–7099 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–37580–MBK | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mickey W. Dolinger

7/26/19

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-37580-MBK
Mickey W. Dolinger                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin           Page 1 of 2        Date Rcvd: Jul 26, 2019
                        Form ID: 3180W         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.
```
db              +Mickey W. Dolinger,    3 East Caines Drive,    Cream Ridge, NJ 08514-2329
aty             +Joseph Albanese,    Attorney at Law,    915 Lacey Road,    Forked River, NJ 08731-1106
cr              +SPECIALIZED LOAN SERVICING LLC,    PO Box 9013,    Addison, TX 75001-9013
cr              +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                  99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516561235        MTGLQ Investors,L.Pc/oShellpointMortgageServicing,    PO Box 10826,    Greenville, SC  29603-0826
516561236        MTGLQ Investors,L.Pc/oShellpointMortgageServicing,    PO Box 10826,    Greenville, SC  29603-0826,
                  MTGLQ Investors,L.Pc/oShellpointMortgage,    PO Box 10826,    Greenville, SC  29603-0826
514433113       +Specialized Loan Servicing,    Attn: Bankruptcy Dept.,    8742 Lucent Blvd., Suite 300,
                  Highlands Ranch, CO 80129-2386
514477140       +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2019 01:09:12      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2019 01:09:07      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: WFFC.COM Jul 27 2019 04:28:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                  1451 Thomas Langston Road,    Winterville, NC 28590-8872
514433111       +EDI: CAPITALONE.COM Jul 27 2019 04:28:00      Capital One Bank,    Attn: Bankruptcy Dept.,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
514433112       +EDI: AMINFOFP.COM Jul 27 2019 04:28:00      First Premier Bank,    3820 N Louise Ave,
                  Sioux Falls, SD 57107-0145
514706864        EDI: PRA.COM Jul 27 2019 04:28:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                  POB 41067,    Norfolk VA 23541
514648396        EDI: PRA.COM Jul 27 2019 04:28:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
514732293       +E-mail/Text: csidl@sbcglobal.net Jul 27 2019 01:09:45      Premier Bankcard Charter,    POB 2208,
                  Vacaville, CA 95696-8208
514505819        EDI: WFFC.COM Jul 27 2019 04:28:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                  Irvine, CA 92623-9657
514433115       +EDI: WFFC.COM Jul 27 2019 04:28:00      Wells Fargo Service Financial /,   Wachovia Dealer Srvs,
                  PO Box 3569,    Rancho Cucamonga, CA 91729-3569
                                                                                               TOTAL: 10
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518341947*      +Mickey W. Dolinger,    3 East Caines Drive,    Cream Ridge, NJ 08514-2329
514433114      ##+Sure Recovery Service,    PO Box 818,    Jackson, NJ 08527-0818
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com

```
District/off: 0312-3          User: admin               Page 2 of 2                Date Rcvd: Jul 26, 2019
                              Form ID: 3180W            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork, asTrustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-20 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

        John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

        Joseph Albanese    on behalf of Debtor Mickey W. Dolinger jabanklaw1@aol.com, alicia@lawalbanese.com

        Joseph Albanese    on behalf of Attorney Joseph  Albanese jabanklaw1@aol.com, alicia@lawalbanese.com

        Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork, asTrustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-20 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                                                                TOTAL: 9