UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JOSEPH ALBANESE, ESQ.
915 Lacey Road
Forked River, NJ 8731
609-971-6200

Order Filed on August 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mickey W. Dolinger

Case No.: 13-37580

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 5, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____JOSEPH ALBANESE, ESQ._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Mickey W. Dolinger  
    Debtor

Case No. 13-37580-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 05, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2019.  
db          +Mickey W. Dolinger,    3 East Caines Drive,    Cream Ridge, NJ 08514-2329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2019 at the address(es) listed below:  
          Albert    Russo    docs@russotrustee.com  
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork,  
           asTrustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES  
           2006-20 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC  
           NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com  
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent  
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders  
           of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES NJ_ECF_Notices@McCalla.com,  
           NJ_ECF_Notices@McCalla.com  
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer  
           Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer  
           Services, Inc. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
          Joseph    Albanese    on behalf of Debtor Mickey W. Dolinger jabanklaw1@aol.com,  
           alicia@lawalbanese.com  
          Joseph    Albanese    on behalf of Attorney Joseph    Albanese jabanklaw1@aol.com,  
           alicia@lawalbanese.com  
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork,  
           asTrustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES  
           2006-20 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
                                                                                                                    TOTAL: 9